Marilyn A. Moberg (SBN 126895)
Ginger Heyman Pigott (SBN 162908)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90017
Telephone: (213) 457-8000
Facsimile:   (213) 457 8080
gheyman@reedsmith.com

Richard L. Berkman, Of Counsel/Pro Hac Vice To Be Filed
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104-2857
Telephone: (215) 994-4000
richard.berkiman@dechert.com

Attorneys for Defendant
BAXTER HEALTHCARE CORPORATION
BAXTER INTERNATIONAL INC. and
BAXTER WORLD TRADE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANO MAGNONN BERSANI, an individual, Citizen of Brazil,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CORPORATION, an Indiana Corporation, successor to CUTTER BIOLOGICAL, a California Corporation, a Delaware Corporation, and its HYLAND DIVISION; BAXTER INTERNATIONAL, INC., a Delaware corporation, successor to IMMUNO - U.S., INC., a Michigan Corporation; BAXTER WORLD TRADE CORPORATION, a Delaware corporation; ARMOUR PHARMACEUTICAL COMPANY, INC., a Delaware corporation, AVENTIS BEHRING LLC, a Pennsylvania Corporation; and ALPHA THERAPEUTIC CORPORATION, a California Corporation,<br><br>Defendants. | Case No. C 07 3760 MEJ<br><br>**DEFENDANT BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL, INC. and BAXTER WORLD TRADE CORPORATION'S NOTICE OF RELATED CASES AND NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO NORTHERN DISTRICT LOCAL RULES 3-12 and 3-13** |

DOCSLA-15603133.2-999995-20001

Defendant Baxter Healthcare Corporation, Baxter International, Inc. and Baxter World Trade Corporation's Notice of Related Cases, Case No. C 07 3760 MEJ

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO ALL PARTIES:

Pursuant to Local Rule 3-12 and Local Rule 3-13, Defendants Baxter Healthcare Corporation, Baxter International, Inc. and Baxter World Trade Corporation file this Notice of Related Cases and informs this Court of the following "related" cases:

1. *Bankston v. Bayer Corporation, et al.* United States District Court for the Northern District of California No.: CV 06 0783 SC (transferred to the MDL 986 in Northern District of Illinois).

2. *Davis v. Bayer Corporation, et al.* United States District Court for the Northern District of California No.: CV 06 1139 CW (transferred to the MDL 986 in Northern District of Illinois).

3. *Miller v. Bayer Corporation, et al.* United States District Court for the Northern District of California No.: CV 06 2542 MJJ (transferred to the MDL 986 in Northern District of Illinois).

4. *Marley v. Bayer Corporation, et al.* United States District Court for the Northern District of California No.: CV 06 5667 MJJ (transferred to the MDL 986 in Northern District of Illinois).

5. *Chih-Lung Ho v. Bayer Corporation, et al.* United States District Court for the Northern District of California No.: CV 06 0783 SC (transferred to the MDL 986 in Northern District of Illinois).

6. *Thomas v. Bayer Corporation, et al.* United States District Court for the Northern District of Calilifornia No.: CV 06 0783 SC (transferred to the MDL 986 in Northern District of Illinois).

7. *Page, et al. v. Bayer Corporation, et al.* United States District Court for the Northern District of California No.: CV 06 7930 MMC (transferred to the MDL 986 in Northern District of Illinois).

8. *Atcherian v. Bayer Corporation, et al.* United States District Court for the Northern District of California No.: CV 07-0279 PJH (transferred to the MDL 986 in Northern District of Illinois).

9. *Matze v. Bayer Corporation, et al.* United States District Court for the Northern District of California No.: CV 07 0397 SC (transferred to the MDL 986 in Northern District of Illinois).

10. *Briones v. Bayer Corporation, et al.* United States District Court for the Northern District of California No.: CV 07 1194 WHA (transferred to the MDL 986 in Northern District of Illinois).

11. *Bogle v. Bayer Corporation, et al.* United States District Court for the Northern District of California No.: CV 06 0783 SC (transferred to the MDL 986 in Northern District of Illinois).

12. *Simms v. Bayer Corporation, et al.* United States District Court for the Northern District of California No.: CV 07 1196 MMC (transferred to the MDL 986 in Northern District of Illinois).

13. *Stewart v. Bayer Corporation, et al.* United States District Court for the Northern District of California No.: CV 07 2596 JL (transferred to the MDL 986 in Northern District of Illinois).

14. *Boutsikaris v. Bayer Corporation, et al.* United States District Court for the Northern District of California No.: CV 07 2595 JCS (transferred to the MDL 986 in Northern District of Illinois).

15. *Rice v. Bayer Corporation, et al.* United States District Court for the Northern District of California No.: CV 07 2680 SC (transferred to the MDL 986 in Northern District of Illinois).

16. *Vannoy v. Bayer Corporation, et al.* United States District Court for the Northern District of California No.: CV 07 3223 EMC (transferred to the MDL 986 in Northern District of Illinois).

17. *Gullone, et al. v. Bayer Corporation, et al.* United States District Court for the Northern District of California No. CV 032572 PJH (transferred to the MDL 986 in Northern District of Illinois).

18. *Y. Chang, et al. v. Bayer Corporation, et al.* United States District Court for the Northern District of California No. CV 041925 (transferred to the MDL 986 in Northern District of Illinois).

19. *Yarborough v. Bayer Corporation, et al.* United States District Court for the Northern District of California No. CV 06 4033 JL (transferred to the MDL 986 in North District of Illinois).

20.   *Castro, et al. v. Bayer Corporation, et al.* United States District Court for the Central District of California No.: CV 03 9084 AHM (transferred to MDL 986 in Northern District of Illinois).

21.   *DeAnna, et al. v. Bayer Corporation, et al.* United States District Court for the Central District of California No.: CV 04 2182 (transferred to MDL 986 in Northern District of Illinois, case dismissed without prejudice).

22.   *Doe, et al. v. Bayer Corporation, et al.* Superior Court of the State of California for the County of Los Angeles No. BC300259 (removed from State Court on August 11, 2003 to United States District Court for the Central District of California No. 03-5688, case dismissed without prejudice).

23.   *Peng, et al. v. Bayer Corporation, et al.* Superior Court of the State of California for the County of Los Angeles No. BC315949 (removed from State Court on May 26, 2004 to United States District Court for the Central District of California No.04-3741, transferred to MDL-986 in Northern District of Illinois).

In addition to the above-listed cases there have been other related cases filed in state and federal courts in other states. Where in federal court (or removed to federal court), theses cases have been transferred or are pending transfer to MDL 986, *In Re: Factor VIII or IX, et al.* (N.D. IL 93-7452).

DATED: Aug. 22, 2007

REED SMITH LLP

By: _____
Marilyn A. Moberg
Ginger Heyman Pigott
Attorneys for Defendants
Baxter Healthcare Corporation,
Baxter International, Inc. and
Baxter World Trade Corporation

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071. On August 22, 2007, I served the following document(s) by the method indicated below:

**DEFENDANT BAXTER HEALTHCARE CORPORATION, BAXTER INTERNATIONAL, INC. AND BAXTER WORLD TRADE CORPORATION'S NOTICE OF RELATED CASES AND NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO NORTHERN DISTRICT LOCAL RULES 3-12 AND 3-13**

☐ by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 22, 2007, at Los Angeles, California.

Yolanda Rodriguez

PROOF OF SERVICE

## SERVICE LIST

| Address | Role |
|---|---|
| Juliano Magnonn Bersani<br>Rua Thomaz Otto #128<br>Pilarzinho, Curitiba<br>Brazil<br>CEP 82100520<br>Telephone: 41-963-50692 | *Plaintiff* |
| Nick Diamond, Esq.<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111-3339 | |
| Lindley J. Brenza, Esq.<br>Kaspar J. Stoffelmayr, Esq.<br>Bartlit, Beck, Herman, Palenchar & Scott<br>1899 Wynkoop Street<br>8th Floor<br>Denver, CO 80202 | |
| Geoffrey R. W. Smith, Esq.<br>Geoffrey Smith, PLLC<br>1350 I Street, N.W.<br>Suite 900<br>Washington, DC 20005 | |
| Tamar B. Kelbar, Esq.<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | |
| Sheldon J. Schlesinger, Esq.<br>John Uustal, Esq.<br>Sheldon J. Schlesinger, P.A.<br>1212 Southeast Third Avenue<br>Fort Lauderdale, FL 33316 | |
| Kevin Stack, Esq.<br>Knapp, Petersen & Clarke<br>500 North Brand Boulevard<br>20th Floor<br>Glendale, CA 91203 | |
| Duncan Barr, Esq.<br>O'Connor, Cohn, Dillon & Barr<br>2405 16th Street<br>San Francisco, CA 94103-4210 | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.