REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  Marilyn A. Moberg (SBN 126895)
   Ginger Heyman Pigott (SBN 162908)
2  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
3  Los Angeles, CA 90017
   Telephone: (213) 457-8000
4  Facsimile:  (213) 457 8080
5  gheyman@reedsmith.com

   Richard L. Berkman, Of Counsel/Pro Hac Vice To Be Filed
6  DECHERT LLP
   2929 Arch Street
7  Philadelphia, PA 19104-2857
   Telephone: (215) 994-4000
8  Richard.berkman@dechert.com

9  Attorneys for Defendant
   BAXTER HEALTHCARE CORPORATION
10 BAXTER INTERNATIONAL, INC. and
   BAXTER WORLD TRADE CORPORATION
11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13 JULIANO MAGNONN BERSANI, an          Case No. C 07 3760 MEJ
   individual, citizen of Brazil,
14                                       **APPLICATION FOR**
         Plaintiff,                      **ADMISSION OF RICHARD L.**
15                                       **BERKMAN *PRO HAC VICE***
         vs.
16
   BAYER CORPORATION, an Indiana
17 corporation, successor to CUTTER
   BIOLOGICAL, a California
18 corporation; BAXTER HEALTHCARE
   CORPORATION, a Delaware
19 corporation, and its HYLAND
   DIVISION; BAXTER
20 INTERNATIONAL, INC., a Delaware
   corporation, successor to IMMUNO -
21 U.S., INC., a Michigan Corporation;
   BAXTER WORLD TRADE
22 CORPORATION, a Delaware
   corporation; ARMOUR
23 PHARMACEUTICAL COMPANY,
   INC., a Delaware corporation,
24 AVENTIS BEHRING LLC, a Delaware
   corporation, and AVENTIS INC., a
25 Pennsylvania corporation; and ALPHA
   THERAPEUTIC CORPORATION, a
26 California corporation,
27
         Defendants.
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1    Pursuant to Civil L.R. 11-3, Richard L. Berkman, an active member in good

2 standing of the bar of Pennsylvania, hereby applies for admission to practice in the

3 Northern District of California on a *pro hac vace* basis representing Baxter Healthcare

4 Corporation, Baxter International, Inc. and Baxter World Trade Corporation in the

5 above-entitled action.

6

7    In support of this application, I certify on oath that:

8

9    1.    I am an active member in good standing of a United States Court

10        or of the highest court of another State or the District of Columbia,

11        as indicated above;

12

13    2.    I agree to abide by the Standards of Professional Conduct set forth

14        in Civil Local Rule 11-4, to comply with General Order No. 45,

15        *Electronic Case Filing*, and to become familiar with the Local

16        Rules and the Alternative Dispute Resolution programs of this

17        Court; and,

18

19    3.    An attorney who is a member of the bar of this Court in good

20        standing and who maintains an office within the State of California

21        has been designated as co-counsel in the above-entitled action.

22        The name, address and telephone number of that attorney is:

23        Ginger Heyman Pigott, Esq. Reed Smith LLP, 355 South Grand

24        Avenue, Suite 2900, Los Angeles, CA 90071.

25

26

27

28

1    I declare under penalty of perjury that the foregoing is true and correct.

2

3    DATED:  August 22, 2007          By: _Richard L. Berkman_

4                                     Richard L. Berkman
                                      DECHERT LLP

5                                     2929 Arch Street
                                      Philadelphia, PA 19104-2857

6

7

8

9    DOCSLA-15603166.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

APPLICATION FOR ADMISSION OF RICHARD L. BERKMAN *PRO HAC VICE*, CASE NO. C 07 3760-MEJ

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071. On August 23, 2007, I served the following document(s) by the method indicated below:

### APPLICATION FOR ADMISSION OF RICHARD L. BERKMAN *PRO HAC VICE*

☐ by transmitting via facsimile on this date from fax number 213.457.8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

### SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on August 23, 2007, at Los Angeles, California.

_____
Yolanda Rodriguez

PROOF OF SERVICE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

1

## SERVICE LIST

| | |
|---|---|
| Juliano Magnonn Bersani<br>Rua Thomaz Otto #128<br>Pilarzinho, Curitiba<br>Brazil<br>CEP 82100520<br>Telephone: 41-963-50692 | *Plaintiff* |
| Nick Diamond, Esq.<br>Lieff, Cabraser, Heimann & Bernstein, LLP<br>275 Battery Street<br>30th Floor<br>San Francisco, CA 94111-3339 | |
| Lindley J. Brenza, Esq.<br>Kaspar J. Stoffelmayr, Esq.<br>Bartlit, Beck, Herman, Palenchar & Scott<br>1899 Wynkoop Street<br>8th Floor<br>Denver, CO 80202 | |
| Geoffrey R. W. Smith, Esq.<br>Geoffrey Smith, PLLC<br>1350 I Street, N.W.<br>Suite 900<br>Washington, DC 20005 | |
| Tamar B. Kelbar, Esq.<br>Sidley Austin LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | |
| Sheldon J. Schlesinger, Esq.<br>John Uustal, Esq.<br>Sheldon J. Schlesinger, P.A.<br>1212 Southeast Third Avenue<br>Fort Lauderdale, FL 33316 | |
| Kevin Stack, Esq.<br>Knapp, Petersen & Clarke<br>500 North Brand Boulevard<br>20th Floor<br>Glendale, CA 91203 | |
| Duncan Barr, Esq.<br>O'Connor, Cohn, Dillon & Barr<br>2405 16th Street<br>San Francisco, CA 94103-4210 | |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28