

Geoffrey R. W. Smith
GEOFFREY SMITH, PLLC
1350 I Street NW Suite 900
Washington, District of Columbia 20005
Telephone: (202) 625-1224
Facsimile: (202) 333-1637

Attorney for Defendant
BAYER CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANO MAGNONN BERSANI, an individual, citizen of Brazil,<br><br>Plaintiff,<br><br>v.<br><br>BAYER CORPORATION, an Indiana corporation, successor to CUTTER BIOLOGICAL, a California Corporation; BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; BAXTER INTERNATIONAL, INC., a Delaware corporation, successor to IMMUNO-U.S., INC., a Michigan Corporation; BAXTER WORLD TRADE CORPORATION, a Delaware corporation; ARMOUR PHARMACEUTICAL COMPANY, INC., a Delaware corporation; AVENTIS INC., a Pennsylvania corporation; and ALPHA THERAPEUTIC CORPORATION, a California corporation,<br><br>Defendants. | CASE NO.: C 07-3760-MEJ<br><br>**E-FILED**<br><br>**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), Bayer Corporation hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: August 31, 2007

Respectfully Submitted,

GEOFFREY SMITH, PLLC

By: ____________________.

Geoffrey Smith.
Attorney for Defendant
BAYER CORPORATION

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2007, I caused to be served a true and correct copy of the foregoing document on Plaintiff and the following counsel of record pursuant to ECF as to Filing Users and by Federal Express, postage prepaid, pursuant to Local Rule 5.5 as to any party who is not a Filing User or represented by a filing user:

**SERVICE LIST**

| | |
|---|---|
| Elizabeth J. Cabraser<br>Robert J. Nelson<br>Morris A. Ratner<br>Fabrice N. Vincent<br>LIEFF, CABASER, HEIMANN & BERNSTEIN<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3399 | **LEAD COUNSEL FOR MDL-986 PLAINTIFFS**<br><br>Tel: (415) 956-1000<br>Fax: (415) 956-1008 |
| Julio Magnonn Bersani<br>Rua Thomaz Otto #128<br>Pilarzinho, Curitiba<br>Brazil<br>CEP 82100520 | **PRO SE PLAINTIFF**<br>Tel: 41-963-50692 |
| Sara Gourley<br>Tamar B. Kelber<br>SIDLEY, AUSTIN, BROWN & WOOD<br>One South Dearborn Street<br>Chicago, Illinois 60603 | **COUNSEL FOR ARMOUR PHARMACEUTICAL COMPANY, AVENTIS BEHRING LLC**<br>Tel: (312) 853-7000<br>Fax: (312) 853-7036 |
| Rick Berkman<br>DECHERT LLP<br>Cira Center<br>2929 Arch Street<br>Philadelphia, PA 19104-2857 | **COUNSEL FOR BAXTER HEALTHCARE CORPORATION**<br>Tel: (215) 994-4000<br>Fax: (215) 655-2684<br>Other fax: 994-2222 |
| Kevin J. Stack<br>KNAPP PETERSEN & CLARKE<br>500 North Brand Blvd., 20th Floor<br>Glendale, California 91203-1904 | **COUNSEL FOR ALPHA THERAPEUTIC CORPORATION**<br>Tel: (818) 547-5000<br>Fax: (818) 547-5329 |

Geoffrey Smith