**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIANO MAGNONN BERSANI, ) <br> ) <br> Plaintiff (s) ) <br> v. ) <br> ) <br> ) <br> BAYER CORPORATION, et al., ) <br> ) <br> Defendant (s) ) <br> ) | CASE NO. C-07-3760 MEJ <br><br> **NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

  The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

 __X__ (1) One or more of the parties has requested reassignment to a United States District Judge, or

 _____ (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

 _____ (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

  All previous hearing dates are hereby **VACATED.**

Dated: September 7, 2007

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk