**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

———————

www.cand.uscourts.gov

Richard W. Wieking                                                            General Court Number
Clerk                                                                                  415.522.2000

## September 10, 2007

**CASE NUMBER:  CV 07-03760 MEJ**

**CASE TITLE:  JULIANO MAGNONN BERSANI-v-BAYER CORPORATION**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MARILYN HALL PATEL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MHP** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 09/10/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                         Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                                 Entered in Computer 09/10/07 MABB

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                         Transferor CSA