UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANO MAGNONN BERSANI,<br><br>        Plaintiff,<br><br>  v.<br><br>BAYER CORPORATION et al,<br><br>        Defendant. | Case Number: CV07-03760 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juliano Magnonn Bersani
Rua Thomaz Otto #128
Pilarzinho, Curitiba
Brazil,  CEP 82100520

Dated: September 11, 2007

                                            Richard W. Wieking, Clerk
                                            By: Anthony Bowser, Deputy Clerk