UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br>FACTOR VIII OR IX CONCENTRATE BLOOD<br>PRODUCTS | MDL No. 986 JFG<br>No. 1:93cv7452 |

THIS DOCUMENT RELATES TO:

The Action Listed Below

| | |
|---|---|
| JULIANO MAGNONN BERSANI, an<br>individual, citizen of Brazil, | )<br>)<br>) Case No. C 07 3760 MHP |
| Plaintiff, | )<br>) ANSWER OF DEFENDANT ALPHA<br>) THERAPEUTIC CORPORATION TO |
| v. | ) COMPLAINT<br>) |
| BAYER CORPORATION, an Indiana<br>corporation, successor to CUTTER<br>BIOLOGICAL, a California corporation;<br>BAXTER HEALTHCARE CORPORATION, a<br>Delaware corporation, and its HYLAND<br>DIVISION; ARMOUR PHARMACEUTICAL<br>COMPANY, INC., a Delaware corporation; and<br>ALPHA THERAPEUTIC CORPORATION, a<br>California corporation, | ) JURY DEMAND<br>)<br>) DISCLOSURE STATEMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

ANSWER OF DEFENDANT ALPHA THERAPEUTIC CORPORATION TO COMPLAINT

JURY TRIAL DEMANDED

Defendant Alpha Therapeutic Corporation ("defendant Alpha") answers the complaint as

follows:

I.    INTRODUCTION

1.         In answer to paragraph number 1, defendant Alpha admits that it processed and

distributed factor concentrate for the treatment of hemophilia.  Except as expressly admitted,

defendant Alpha denies the allegations of paragraph 1 as they relate to Alpha.  Alpha is without

1

sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

2.          In answer to paragraph number 2, Alpha denies the allegations of paragraph 2 as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

3.          In answer to paragraph number 3, Alpha denies the allegations of paragraph 3 as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

4.          In answer to paragraph number 4, Alpha denies the allegations of paragraph 4 as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

II.     JURISDICTION AND VENUE

5.          In answer to paragraph number 5, defendant Alpha lacks knowledge or information sufficient to form a belief as to the truth of those allegations and, on that basis, denies each such allegation.

6.          In answer to paragraph number 6, Alpha denies the allegations of paragraph 6 as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

7.          In answer to paragraph number 7, Alpha denies the allegations of paragraph 7 as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to

the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

8.          In answer to paragraph number 8, Alpha denies the allegations of paragraph 8 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

9.          In answer to paragraph number 9, Alpha denies the allegations of paragraph 9 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

10.          In answer to paragraph number 10, Alpha denies the allegations of paragraph 10 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

11.          In answer to paragraph number 11, Alpha denies the allegations of paragraph 11 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

12.          In answer to paragraph number 12, Alpha denies the allegations of paragraph 12 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

III    PARTIES

13.         In answer to paragraph number 13, defendant Alpha denies the allegations as they

relate to Alpha.  Defendant Alpha lacks knowledge or information sufficient to form a belief as

to the truth of the remaining allegations and, on that basis, denies each such allegation.

14.         In answer to paragraph number 14, defendant Alpha denies the allegations as they

relate to Alpha.  Defendant Alpha lacks knowledge or information sufficient to form a belief as

to the truth of the remaining allegations and, on that basis, denies each such allegation.

15.         In answer to paragraph number 15, defendant Alpha lacks knowledge or

information sufficient to form a belief as to the truth of those allegations and, on that basis,

denies each such allegation.

16.         In answer to paragraph number 16, defendant Alpha lacks knowledge or

information sufficient to form a belief as to the truth of those allegations and, on that basis,

denies each such allegation.

17.         In answer to paragraph number 17, defendant Alpha lacks knowledge or

information sufficient to form a belief as to the truth of those allegations and, on that basis,

denies each such allegation.

18.         In answer to paragraph number 18, defendant Alpha lacks knowledge or

information sufficient to form a belief as to the truth of those allegations and, on that basis,

denies each such allegation.

19.         In answer to paragraph number 19, defendant Alpha lacks knowledge or

information sufficient to form a belief as to the truth of those allegations and, on that basis,

denies each such allegation.

20.         In answer to paragraph number 20, defendant Alpha lacks knowledge or

information sufficient to form a belief as to the truth of those allegations and, on that basis,

denies each such allegation.

21.        In answer to paragraph number 21, defendant Alpha admits that Alpha is a California corporation with its principal place of business at 5555 Valley Boulevard, Los Angeles, California 90032, and that from time to time, Alpha processed and distributed factor concentrate for the treatment of hemophilia.  Except as expressly admitted, defendant Alpha denies the remaining allegations in this paragraph.

22.        In answer to paragraph number 22, defendant Alpha denies the allegations of paragraph 22 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

23.        In answer to paragraph number 23, defendant Alpha denies the allegations of paragraph 23 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

III.    FACTUAL ALLEGATIONS

        A.    Hemophilia and Its Treatment

24.        In answer to paragraph number 24, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

25.        In answer to paragraph number 25, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the

truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

26.        In answer to paragraph number 26, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

B.    Even Before the Discovery of HIV and AIDS, Defendants Failed to Disclose or Warn of Serious Adverse Effects Associated with Factor Concentrates

27.        In answer to paragraph number 27, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

28.        In answer to paragraph number 28, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

29.        In answer to paragraph number 29, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the

truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

30.     In answer to paragraph number 30, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

C.     Defendants Recruited Plasma Donors from High-Risk Populations to Manufacture Factor VIII and IX

31.     In answer to paragraph number 31, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

32.     In answer to paragraph number 32, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

33.          In answer to paragraph number 33, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

34.          In answer to paragraph number 34, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

35.          In answer to paragraph number 35, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

36.          In answer to paragraph number 36, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

37.        In answer to paragraph number 37, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

38.        In answer to paragraph number 38, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

39.        In answer to paragraph number 39, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

40.        In answer to paragraph number 40, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

41.         In answer to paragraph number 41, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

D.     Defendants Failed to Use the Available Hepatitis B Core (HBc) Test to Exclude Plasma from High Risk Donors

42.         In answer to paragraph 42, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

43.         In answer to paragraph number 43, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

44.         In answer to paragraph number 44, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering

party.

45.        In answer to paragraph number 45, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

46.        In answer to paragraph number 46, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

47.        In answer to paragraph number 47, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

48.        In answer to paragraph number 48, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering

party.

E.     Defendants Also Failed to Implement Available Heat Treatment and Solvent Detergent
       Treatment to Kill Blood-Borne Diseases

49.           In answer to paragraph number 49, defendant Alpha denies the allegations as they

relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the

truth of the remaining allegations contained in this paragraph and, therefore, denies each such

allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual

recitations, defendant cannot respond, as these are not allegations asserted against this answering

party.

50.           In answer to paragraph number 50, defendant Alpha denies the allegations as they

relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the

truth of the remaining allegations contained in this paragraph and, therefore, denies each such

allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual

recitations, defendant cannot respond, as these are not allegations asserted against this answering

party.

51.           In answer to paragraph number 51, defendant Alpha denies the allegations as they

relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the

truth of the remaining allegations contained in this paragraph and, therefore, denies each such

allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual

recitations, defendant cannot respond, as these are not allegations asserted against this answering

party.

52.           In answer to paragraph number 52, defendant Alpha denies the allegations as they

relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the

truth of the remaining allegations contained in this paragraph and, therefore, denies each such

allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

53.        In answer to paragraph number 53, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

54.        In answer to paragraph number 54, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

55.        In answer to paragraph number 55, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

56.        In answer to paragraph number 56, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such

allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

57.         In answer to paragraph number 57, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

58.         In answer to paragraph number 58, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

59.         In answer to paragraph number 59, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

60.         In answer to paragraph number 60, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual

recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

61.        In answer to paragraph number 61, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

62.        In answer to paragraph number 62, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

63.        In answer to paragraph number 63, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

////

////

////

////

F.     Defendants Continued to Allow the Sale of Non-Heat Treated Factor Concentrate

       Products Abroad Even After They Stopped Selling Non-Heat Treated Product in the

       United States

64.          In answer to paragraph number 64, defendant Alpha denies the allegations as they

relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the

truth of the remaining allegations contained in this paragraph and, therefore, denies each such

allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual

recitations, defendant cannot respond, as these are not allegations asserted against this answering

party.

65.          In answer to paragraph number 65, defendant Alpha denies the allegations as they

relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the

truth of the remaining allegations contained in this paragraph and, therefore, denies each such

allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual

recitations, defendant cannot respond, as these are not allegations asserted against this answering

party.

66.          In answer to paragraph number 66, defendant Alpha denies the allegations as they

relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the

truth of the remaining allegations contained in this paragraph and, therefore, denies each such

allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual

recitations, defendant cannot respond, as these are not allegations asserted against this answering

party.

67.          In answer to paragraph number 67, defendant Alpha denies the allegations as they

relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the

truth of the remaining allegations contained in this paragraph and, therefore, denies each such

16

allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

68.    In answer to paragraph number 68, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

69.    In answer to paragraph number 69, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

70.    In answer to paragraph number 70, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

G.    Defendants Fraudulently Misrepresented the Safety, and Concealed the Dangers, of Their Factor VIII and IX Products.

71.    In answer to paragraph number 71, defendant Alpha denies the allegations as they

relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

72.     In answer to paragraph number 72, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

73.     In answer to paragraph number 73, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

74.     In answer to paragraph number 74, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

75.     In answer to paragraph number 75, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the

truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

76.         In answer to paragraph number 76, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

77.         In answer to paragraph number 77, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

78.         In answer to paragraph number 78, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

79.         In answer to paragraph number 79, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such

allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

80.         In answer to paragraph number 80, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

E.         Defendants' Activities Were Subject to Applicable Federal Regulations, Which Evidence the Standard of Care With Defendants Should Have Complied

81.         In answer to paragraph number 81, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

82.         In answer to paragraph number 82, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

83.         In answer to paragraph number 83, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the

truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

84.	In answer to paragraph number 84, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

85.	In answer to paragraph number 85, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

86.	In answer to paragraph number 86, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

87.	In answer to paragraph number 87, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the

truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

88.        In answer to paragraph number 88, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

I.    Conspiracy, Concert of Action and Group Liability

89.        In answer to paragraph number 89, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

90.        In answer to paragraph number 90, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

91.          In answer to paragraph number 91, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

92.          In answer to paragraph number 92, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

93.          In answer to paragraph number 93, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

94.          In answer to paragraph number 94, defendant Alpha denies the allegations as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

95.         In answer to paragraph number 95, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

96.         In answer to paragraph number 96, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

97.         In answer to paragraph number 97, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

98.         In answer to paragraph number 98, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

99.      In answer to paragraph number 99, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

100.      In answer to paragraph number 100, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

101.      In answer to paragraph number 101, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

102.      In answer to paragraph number 102, defendant Alpha denies the allegations as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Insofar as the paragraph sets forth legal conclusions and/or purported factual recitations, defendant cannot respond, as these are not allegations asserted against this answering party.

103.         In answer to paragraph number 103, defendant Alpha denies the allegations as
they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to
the truth of the remaining allegations contained in this paragraph and, therefore, denies each such
allegation. Insofar as the paragraph sets forth legal conclusions and/or purported factual
recitations, defendant cannot respond, as these are not allegations asserted against this answering
party.

IV.    TOLLING OF APPLICABLE STATUTES OF LIMITATION

104.         In answer to paragraph number 104, Alpha denies the allegations of paragraph
104 as they relate to Alpha. Alpha is without sufficient information or knowledge to form a
belief as to the truth of the remaining allegations contained in this paragraph and, therefore,
denies each such allegation.

105.         In answer to paragraph number 105, Alpha denies the allegations of paragraph
105 as they relate to Alpha. Alpha is without sufficient information or knowledge to form a
belief as to the truth of the remaining allegations contained in this paragraph and, therefore,
denies each such allegation.

106.         In answer to paragraph number 106, Alpha denies the allegations of paragraph
106 as they relate to Alpha. Alpha is without sufficient information or knowledge to form a
belief as to the truth of the remaining allegations contained in this paragraph and, therefore,
denies each such allegation.

V.     CLAIMS FOR RELIEF

FIRST CLAIM FOR RELIEF

FRAUDULENT OMISSION AND CONCEALMENT

107.         In answer to paragraph number 107, Alpha refers to and incorporates herein by
reference each and every admission, denial and affirmative allegation set forth in response to all

26

previous paragraphs as if set forth fully herein.

108.        In answer to paragraph number 108, Alpha denies the allegations of paragraph 108 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

109.        In answer to paragraph number 109, Alpha denies the allegations of paragraph 109 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

110.        In answer to paragraph number 110, Alpha denies the allegations of paragraph 110 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

111.        In answer to paragraph number 111, Alpha denies the allegations of paragraph 111 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

112.        In answer to paragraph number 112, Alpha denies the allegations of paragraph 112 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

113.        In answer to paragraph number 113, Alpha denies the allegations of paragraph 113 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore,

denies each such allegation. Defendant Alpha further specifically denies that plaintiff is entitled to damages in any sum or sums or in any manner and any relief whatsoever.

114.        In answer to paragraph number 114, Alpha denies the allegations of paragraph 114 as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Defendant Alpha further specifically denies that plaintiff is entitled to damages in any sum or sums or in any manner and any relief whatsoever.

115.        In answer to paragraph number 115, Alpha denies the allegations of paragraph 115 as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Defendant Alpha further specifically denies that plaintiff is entitled to damages in any sum or sums or in any manner and any relief whatsoever.

116.        In answer to paragraph number 116, Alpha denies the allegations of paragraph 116 as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Defendant Alpha further specifically denies that plaintiff is entitled to damages in any sum or sums or in any manner and any relief whatsoever.

SECOND CLAIM FOR RELIEF

BREACH OF IMPLIED WARRANTY

117.        There is no paragraph 117 in the complaint.

118.        In answer to paragraph number 118, defendant Alpha refers to and incorporates herein by reference each and every admission, denial, and affirmative allegation set forth in response to all previous paragraphs as if set forth fully herein.

28

119.         In answer to paragraph number 119, Alpha denies the allegations of paragraph 119 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

120.         In answer to paragraph number 120, Alpha denies the allegations of paragraph 120 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

## THIRD CLAIM FOR RELIEF

### NEGLIGENCE

121.         In answer to paragraph number 121, defendant Alpha refers to and incorporates herein by reference each and every admission, denial, and affirmative allegation set forth in response to all previous paragraphs as if set forth fully herein.

122.         In answer to paragraph number 122, Alpha denies the allegations of paragraph 122 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

123.         In answer to paragraph number 123, Alpha denies the allegations of paragraph 123 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

124.         In answer to paragraph number 124, Alpha denies the allegations of paragraph 124 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore,

denies each such allegation.

125.        In answer to paragraph number 125, Alpha denies the allegations of paragraph 125 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

126.        In answer to paragraph number 126, Alpha denies the allegations of paragraph 126 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Defendant Alpha further specifically denies that plaintiff is entitled to damages in any sum or sums or in any manner and any relief whatsoever.

127.        In answer to paragraph number 127, Alpha denies the allegations of paragraph 127 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Defendant Alpha further specifically denies that plaintiff is entitled to damages in any sum or sums or in any manner and any relief whatsoever.

128.        In answer to paragraph number 128, Alpha denies the allegations of paragraph 128 as they relate to Alpha.  Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.  Defendant Alpha further specifically denies that plaintiff is entitled to damages in any sum or sums or in any manner and any relief whatsoever.

FOURTH CLAIM FOR RELIEF

NEGLIGENCE PER SE

129.        In answer to paragraph number 129, defendant Alpha refers to and incorporates herein by reference each and every admission, denial, and affirmative allegation set forth in

response to all previous paragraphs as if set forth fully herein.

130.      In answer to paragraph number 130, Alpha denies the allegations of paragraph 130 as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

131.      In answer to paragraph number 131, Alpha denies the allegations of paragraph 131 as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation.

132.      In answer to paragraph number 132, Alpha denies the allegations of paragraph 132 as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Defendant Alpha further specifically denies that plaintiff is entitled to damages in any sum or sums or in or in any manner and any relief whatsoever.

133.      In answer to paragraph number 133, Alpha denies the allegations of paragraph 133 as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Defendant Alpha further specifically denies that plaintiff is entitled to damages in any sum or sums or in any manner and any relief whatsoever.

134.      In answer to paragraph number 134, Alpha denies the allegations of paragraph 134 as they relate to Alpha. Alpha is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations contained in this paragraph and, therefore, denies each such allegation. Defendant Alpha further specifically denies that plaintiff is entitled to damages in any sum or sums or in any manner and any relief whatsoever.

## VII.   PRAYER FOR RELIEF

135.        In answer to paragraph number 135, defendant Alpha denies each and every

allegation contained in the paragraph and specifically denies that plaintiff is entitled to damages

in any sum or sums or in any manner or in any relief whatsoever.

136.        In answer to paragraph number 136, defendant Alpha denies each and every

allegation contained in the paragraph and specifically denies that plaintiff is entitled to damages

in any sum or sums or in any manner or in any relief whatsoever.

137.        In answer to paragraph number 137, defendant Alpha denies each and every

allegation contained in the paragraph and specifically denies that plaintiff is entitled to damages

in any sum or sums or in any manner or in any relief whatsoever.

138.        In answer to paragraph number 138, defendant Alpha denies each and every

allegation contained in the paragraph and specifically denies that plaintiff is entitled to damages

in any sum or sums or in any manner or in any relief whatsoever.

139.        In answer to paragraph number 139, defendant Alpha denies each and every

allegation contained in the paragraph and specifically denies that plaintiff is entitled to damages

in any sum or sums or in any manner or in any relief whatsoever.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

140.        The complaint fails to state a claim against Alpha upon which relief can be

granted.

### SECOND DEFENSE

141.        Defendant Alpha is presently without sufficient information to determine

precisely which statutes of limitation may apply to the instant action, as the complaint is vague

and ambiguous with respect to plaintiff's alleged use of antihemophilic factor concentrate,

32

exposure to the virus, and reliance on alleged misrepresentation. In order to avoid any subsequent claim of waiver, Alpha alleges that plaintiff's claims are barred by the applicable statutes of limitation and/or repose.

## THIRD DEFENSE

142.     Plaintiff's claims are barred in whole or in part by the applicable blood shield statutes of California, including but not limited to, Health and Safety Code section 1606 and other applicable blood shield statutes of such other jurisdictions as may be applicable.

## FOURTH DEFENSE

143.     Plaintiff's claims are barred by waiver, estoppel, and/or laches.

## FIFTH DEFENSE

144.     Plaintiff, at the time of all events in question, was fully aware of the conditions existing, any risks inherent therein, and knowingly, willingly, and voluntarily assumed the risk of conditions present and the dangers inherent therein.

## SIXTH DEFENSE

145.     Plaintiff was negligent and that negligence was the sole and proximate cause of the alleged injuries or, in the alternative, was the contributing proximate cause of the alleged injuries thereby barring recovery in full or in proportion to plaintiff's own negligence.

## SEVENTH DEFENSE

146.     Any recovery by plaintiff should be reduced due to plaintiff's failure to mitigate damages.

## EIGHTH DEFENSE

147.     Plaintiff failed to give sufficient and timely notice of any alleged breach of warranty and, therefore, are precluded from recovery.

NINTH DEFENSE

148.        Plaintiff's injuries and damages, if any, were proximately caused by an intervening or superseding cause, and plaintiff's recovery is therefore barred.

TENTH DEFENSE

149.        If plaintiff suffered or sustained any loss, damage or injuries alleged in the complaint, the same was proximately caused and contributed to by plaintiff in failing to use antihemophilic factor concentrate in a reasonable foreseeable manner. As a result of said failure to use in the manner intended, plaintiff's recovery is barred and/or diminished.

ELEVENTH DEFENSE

150.        The alleged injuries and/or damages, if any, of plaintiff were the result of unavoidable circumstances which could not have been prevented by anyone.

TWELFTH DEFENSE

151.        To the extent that plaintiff relies upon false, misleading, and deceptive advertising, plaintiff fails to state a claim upon which relief can be granted.

THIRTEENTH DEFENSE

152.        To the extent that plaintiff relies upon a theory of strict liability, plaintiff fails to state a claim upon which relief can be granted.

FOURTEENTH DEFENSE

153.        The alleged conduct of defendant Alpha constitutes a service, not a sale, and, consequently, Alpha cannot be held responsible under any theory of breach of express or implied warranty, or under the theories of strict liability, alternate liability, conspiracy, concert of action, or "enterprise or industry-wide liability" and/or products liability.

## FIFTEENTH DEFENSE

154.     To the extent that Alpha supplied any antihemophilic factor, Alpha did not owe a duty to plaintiff as the factor concentrate was supplied by learned intermediaries, fully knowledgeable about the factor concentrate and its uses.

## SIXTEENTH DEFENSE

155.     Alpha's antihemophilic factor concentrate is a prescription biologic which has been licensed and approved under the applicable federal statute, 42 U.S.C. § 262, and regulations issued thereunder.  Alpha's compliance with the federal statutes and regulations, including, but not limited to the statute mentioned above, preempts and bars plaintiff's claims.

## SEVENTEENTH DEFENSE

156.     If it is determined that a risk is inherent in antihemophilic factor, then such risk is outweighed by the benefits of antihemophilic factor.

## EIGHTEENTH DEFENSE

157.     At all relevant times, Alpha conformed its conduct to the applicable state of medical and scientific knowledge in all material respects, thereby barring plaintiff's recovery.

## NINETEENTH DEFENSE

158.     Alpha's methods and techniques of collecting, processing, inspecting, testing and labeling factor concentrates and all attendant advisory procedures conformed with the state of the art at the time the factor concentrates left the custody and control of Alpha.

## TWENTIETH DEFENSE

159.     Plaintiff's claims, or any of them, are barred because Alpha's antihemophilic factor concentrate is "unavoidably unsafe" within the meaning of comment K to section 402A Restatement (Second) of Torts, and because the benefits of the fractionation and sale of

antihemophilic factor concentrates outweighs the unavoidable risks of harm resulting from such conduct.

### TWENTY-FIRST DEFENSE

160.        The complaint fails to state a claim against Alpha upon which relief may be granted for punitive or exemplary damages.

### TWENTY-SECOND DEFENSE

161.        Defendant Alpha alleges that the imposition of punitive damages is a violation of its due process and equal protection rights under the Fifth and Fourteenth Amendments of the United States Constitution. Additionally, exposing this answering defendant to the punitive damages award requested by plaintiff without any specific limitations upon the size of the award is a violation of the excessive fine clause of the Eighth Amendment to the United States Constitution and is barred to the extent that it is inconsistent with any applicable standards and limitations set forth in *BMW of North America, Inc. v. Gore* 517 U.S. 559, 134 L.Ed.2d 809, 116 S. Ct. 1589 (1996) and *State Farm v. Campbell* 123 S. Ct. 1513 (2003).

### TWENTY-THIRD DEFENSE

162.        To the extent that plaintiff relies upon the doctrine of failure to warn, plaintiff fails to state a claim upon which relief can be granted.

### TWENTY-FOURTH DEFENSE

163.        Plaintiff failed to join indispensable parties which is a necessary prerequisite for prosecution of this lawsuit.

### TWENTY-FIFTH DEFENSE

164.        The conduct of Alpha was not a substantial factor in bringing about the plaintiff's alleged injuries and, therefore, was not a contributing cause thereof, but, rather, such injuries were caused by the acts of another.

## TWENTY-SIXTH DEFENSE

165.    To the extent that plaintiff relies upon the doctrine of breach of implied warranty, plaintiff fails to state a claim upon which relief can be granted.

## TWENTY-SEVENTH DEFENSE

166.    Plaintiff's claims are barred because there is no privity between plaintiff and Alpha.

## TWENTY-EIGHTH DEFENSE

167.    To the extent that plaintiff relies upon the doctrine of breach of expressed warranty, plaintiff fails to state a claim upon which relief can be granted.

## TWENTY-NINTH DEFENSE

168.    To the extent that plaintiff relies upon the doctrine of concert of action, plaintiff fails to state a claim upon which relief can be granted.

## THIRTIETH DEFENSE

169.    To the extent that plaintiff relies upon the doctrine of enterprise or industry-wide liability, plaintiff fails to state a claim upon which relief can be granted.

## THIRTY-FIRST DEFENSE

170.    Defendant Alpha has not knowingly or intentionally waived any applicable affirmative defenses. Alpha reserves the right to assert and to rely upon such other defenses as may become available or apparent during discovery proceedings or as may be raised or asserted by other defendants in this case, and to amend its answer and/or affirmative defenses accordingly. Alpha further reserves the right to amend its answer to delete affirmative defenses that it determines are not applicable after subsequent discovery.

### THIRTY-SECOND DEFENSE

171.    Plaintiff lacks standing to assert claims.

### THIRTY-THIRD DEFENSE

172.    There is a defect or misjoinder of parties.

### THIRTY-FOURTH DEFENSE

173.    This court is neither a proper nor convenient form for the just adjudication of plaintiff's claims.

### THIRTY-FIFTH DEFENSE

174.    Plaintiff's claims are barred by the law of the jurisdictions in which they reside and are, as such, barred in this court by principles of comity.

### THIRTY-SIXTH DEFENSE

175.    The complaint and each cause of action purportedly alleged are barred in whole or in part by plaintiff's failure to join indispensable parties.

### THIRTY-SEVENTH DEFENSE

176.    Plaintiff's claims are barred, in whole or in part, by settlement of their claims.

### THIRTY-EIGHTH DEFENSE

177.    Plaintiff's claims are barred to the extent laws within their own countries provided for financial compensation or assistance for plaintiff's alleged injuries.

### THIRTY-NINTH DEFENSE

178.    Plaintiff's right to compensation, if any, have already been adjudicated in their home countries.

### FORTIETH DEFENSE

179.    Plaintiff's claims are barred by the doctrine of res judicata.

### FORTY-FIRST DEFENSE

180.         Plaintiff's claims fail in whole or in part because of improper claim splitting.

### FORTY-SECOND DEFENSE

181.         To the extent that plaintiff's claims are based on a theory providing for liability

without proof of causation, the claims violate defendant's rights under the United States

Constitution and any applicable state constitutions.

### FORTY-THIRD DEFENSE

182.         The complaint fails to state a claim upon which relief can be granted as to interest,

costs and attorneys' fees.

### FORTY-FOURTH DEFENSE

183.         To the extent that plaintiff's claims are based on alleged misrepresentations or

omissions made to the FDA, under federal law such claims are barred pursuant to *Buckman v.*

*Plaintiffs' Legal Committee*, 531 U.S. 341 (2001).

### FORTY-FIFTH DEFENSE

184.         To the extent the complaint seeks equitable or injunctive relief, it fails to state a

claim for such relief and is barred by an adequate remedy at law.

### FORTY-SIXTH DEFENSE

185.         Alpha adopts and incorporates by reference all defenses pleaded by other

defendants except to the extent they are inconsistent with Alpha's defenses pleaded in this

answer.

        WHEREFORE, Alpha Therapeutic Corporation requests this Court enter a judgment in

its favor and against plaintiff, and award defendant its costs and expenses, including attorneys'

fees in this matter, and grant such other relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Defendant Alpha Therapeutic Corporation demands a trial by jury on all issues stated.

## DISCLOSURE AND CERTIFICATE OF INTERESTED ENTITIES OR PARTIES

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, association of persons, firms, partnerships, corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Alpha Therapeutic Corporation (party); Welfide International Corporation (parent).

Dated:  September 11, 2007          Respectfully submitted,

By: _____

KEVIN J. STACK
Attorneys for Defendant
ALPHA THERAPEUTIC CORPORATION

Kevin J. Stack (Federal Bar ID No. 72782)
KNAPP, PETERSEN & CLARKE
500 North Brand Boulevard, 20th floor
Glendale, CA 91203-1904
Phone:  (818) 547-5000
Fax: (818) 547-5329

1

**PROOF OF SERVICE**
**Bersani v. Bayer, et al.**

2

**U.S.D.C. Case No. C07 3760 MEJ**

3    STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

4
        I am employed in the County of Los Angeles, State of California.  I am over
5    the age of 18 and am not a party to the within action.  My business address is 500
     North Brand Boulevard, 20th Floor, Glendale, California 91203-1904.  On
6    September 11, 2007, I caused the foregoing document(s) described as ANSWER OF
     DEFENDANT ALPHA THERAPEUTIC CORPORATION TO COMPLAINT to be
7    served on the interested parties in this action as follows:

8        by placing a true copy thereof enclosed in sealed envelope(s) addressed as
         stated on the attached mailing list.

9
     ☒    **BY FED EX:** I caused such envelope to be placed for collection and delivery
10          on this date in accordance with standard Federal Express delivery procedures.

11       I declare under penalty of perjury that the foregoing is true and correct.

12       Executed on September 11, 2007, at Glendale, California.

13
         Kathy Szabados
14        (Type or print name)                              (Signature)

15

16

17

18

19

20

21

22

23

24

25

26

27

28

537435.1  00115/00788

## SERVICE LIST

| | |
|---|---|
| Marilyn A. Moberg<br>Ginger Heyman Pigott<br>REED SMITH LLP<br>355 South Grand Avenue, Suite 2900<br>Los Angeles, CA 90017 | Attorneys for Defendant BAXTER<br>HEALTHCARE CORPORATION<br>BAXTER INTERNATIONAL, INC. and<br>BAXTER WORLD TRADE<br>CORPORATION |
| Richard L. Berkman, Pro Hac Vice<br>DECHERT LLP<br>2929 Arch Street<br>Philadelphia, PA 19104-2857 | Attorneys for Defendant BAXTER<br>HEALTHCARE CORPORATION<br>BAXTER INTERNATIONAL, INC. and<br>BAXTER WORLD TRADE<br>CORPORATION |
| Lindley J. Brenza<br>BARTLIT, BECK, HERMAN,<br>PALENCHAR & SCOTT<br>1899 Wynkoop Street, 8th Flr.<br>Denver, CO 80202 | Attorneys for Defendant BAYER<br>CORPORATION |
| Duncan Barr<br>O'CONNOR, COHN, DILLON &<br>BARR<br>2405 16th Street<br>San Francisco, CA 94103 | Attorneys for Defendant BAYER<br>CORPORATION |
| Geoffrey R. W. Smith<br>GEOFFREY SMITH, PLLC<br>1350 I Street NW, Suite 900<br>Washington, D.C. 20005 | Attorneys for Defendant BAYER<br>CORPORATION |
| Elizabeth J. Cabraser,<br>LIEFF, CABRASER, HEIMANN &<br>BERNSTEIN<br>275 Battery Street, 30th Flr.<br>San Francisco, CA 9411-3399 | Liaison Counsel for MDl-986 Plaintiffs |
| Julio Magnonn Bersani<br>Rua Thomaz Otto #128<br>Pilarzinho, Curitiba<br>Brazil<br>CEP 82100520 | Pro Se Plaintiff |
| Sara Gourley<br>Tamar Kelber<br>SIDLEY, AUSTIN, BROWN & WOOD<br>One South Dearborn Street<br>Chicago, IL 60603 | Attorneys for Defendant ARMOUR<br>PHARMACEUTICAL COMPANY,<br>AVENTIS BEHRING LLC |