**United States District Court for the Northern District of California**

CASE NO.: C073760 MEJ

**AFFIDAVIT OF SERVICE**

**Juliano Magnonn Bersani**

vs.

**Bayer Corporation, et al.**
_____ /

Commonwealth of Pennsylvania
County of Dauphin    ss.

I, **John Shinkowsky**, a competent adult, being duly sworn according to law, depose and say that at **2:21 PM** on **08/02/2007**, I served **Armour Pharmaceutical Company, Inc.** at **Corporation Service Company, 2704 Commerce Drive, Harrisburg, PA 17110** in the manner described below:

☐      Defendant(s) personally served.

☐      Adult family member with whom said Defendant(s) reside(s).
        Relationship is _____.

☐      Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐      Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐      Agent or person in charge of Defendant's office or usual place of business.

☐      _____ an officer of said Defendant's company.

☑      Other: **Served Wendy Smith, Customer Service Associate.**

a true and correct copy of **Summons in a Civil Case, Complaint for Damages and Injunctive Relief, ECF Registration Information Handout, Civil Cover Sheet, Notice of Assignment of Case to a United States Magistrate Judge for Trial, Consent to Proceed Before a United States Magistrate Judge, Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge, Order Setting Initial Case Management Conference and ADR Deadlines, Welcome to the U.S. District Court San Francisco** issued in the above captioned matter.

Description:
**Sex: Female – Age: 36 – Skin: White – Hair: Red – Height: 5' 06'' – Weight: 150**

Sworn to and subscribed before me on this
_3rd_ day of _August_, 200_.

_____
NOTARY PUBLIC

X _____
John Shinkowsky
Worldwide Network, Inc. – San Francisco
520 Townsend Street, 1st Floor
San Francisco, CA  94103
(415) 503-0900

Atty File#: **687492** – Our File# **1695**

NOTARIAL SEAL
Christie L. Underkoffler, Notary Public
Silver Spring Twp., Cumberland County
My Commission Expires July 19, 2010
COMMONWEALTH OF PENNSYLVANIA