```
 1  Geoffrey R. W. Smith
    GEOFFREY SMITH, PLLC
 2  1350 I Street NW Suite 900
    Washington, District of Columbia 20005
 3  Telephone: (202) 625-1224
    Facsimile:  (202) 333-1637
 4
    Attorneys for Defendant
 5  BAYER CORPORATION
```

6

**UNITED STATES DISTRICT COURT**

7

**NORTHERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| 9  JULIANO MAGNONN BERSANI, a citizen of Brazil, | **CASE NO.: C 07-3760 MHP** |
| 10 | |
| 11              Plaintiff, | |
| 12      v. | **ORDER [PROPOSED]** |
| 13  BAYER CORPORATION, an Indiana corporation, successor to CUTTER BIOLOGICAL, a California Corporation; BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; BAXTER INTERNATIONAL, INC., a Delaware corporation, successor to IMMUNO-U.S., INC., a Michigan Corporation; BAXTER WORLD TRADE CORPORATION, a Delaware corporation; ARMOUR PHARMACEUTICAL COMPANY, INC., a Delaware corporation; AVENTIS INC., a Pennsylvania corporation; and ALPHA THERAPEUTIC CORPORATION, a California corporation, Defendants. | |

A hearing having been held on October 15, 2007, in Courtroom 15, 18th Floor, at 2:00 PM, or as soon thereafter as the matter could be heard, on defendant Bayer Corporation's motion for an order to stay pretrial proceedings in this Court pending transfer of this action by the Judicial Panel on Multidistrict Litigation and for an enlargement of the time in which defendants are required to

1  comply as to all pretrial deadlines established by Local Rules 16.2, 16.3, 16.9 and 16.10 of the
2  United States District Court for the Northern District of California, court order,
3      IT IS HEREBY ORDERED that the motion is granted and this matter is hereby stayed
4  pending transfer of this action.

6  DATED: _____, 2007

_____
Hon. Marilyn H. Patel
Judge of the United States District Court