Geoffrey R. W. Smith
GEOFFREY SMITH, PLLC
1350 I Street NW Suite 900
Washington, District of Columbia 20005
Telephone: (202) 625-1224
Facsimile: (202) 333-1637

Attorneys for Defendant
BAYER CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIANO MAGNONN BERSANI, a citizen of Brazil,<br><br>            Plaintiff,<br><br>      v.<br><br>BAYER CORPORATION, an Indiana corporation, successor to CUTTER BIOLOGICAL, a California Corporation; BAXTER HEALTHCARE CORPORATION, a Delaware corporation, and its HYLAND DIVISION; BAXTER INTERNATIONAL, INC., a Delaware corporation, successor to IMMUNO-U.S., INC., a Michigan Corporation; BAXTER WORLD TRADE CORPORATION, a Delaware corporation; ARMOUR PHARMACEUTICAL COMPANY, INC., a Delaware corporation; AVENTIS INC., a Pennsylvania corporation; and ALPHA THERAPEUTIC CORPORATION, a California corporation,<br><br>            Defendants. | CASE NO.: C 07-3760-MHP<br><br>**E-FILED**<br><br>**RE-NOTICE OF MOTION AND DEFENDANT BAYER CORPORATION'S MOTION TO STAY PRETRIAL PROCEEDINGS PENDING TRANSFER TO MULTIDISTRICT PROCEEDING AND MOTION FOR ENLARGEMENT OF PRETRIAL DEADLINES AND INCORPORATED MEMORANDUM OF LAW**<br><br>Date: October 22, 2007<br>Time: 2:00 PM<br>Courtroom: 15 |

PLEASE TAKE NOTICE that the hearing on the above-captioned matter, previously scheduled for October 15, 2007, at 2:00 PM, at Courtroom 15, 18th Floor, of the United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California, has changed to October 22, 2007, at 2:00 PM, or as soon thereafter as counsel can be heard, at

Courtroom 15, 18th Floor, of the United States District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California, pursuant to the availability of the court.

Dated: September 19, 2007        Respectfully Submitted,

**GEOFFREY SMITH, PLLC**

By:   /s/Geoffrey Smith
      Geoffrey Smith
      Attorney for Defendant
      BAYER CORPORATION

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2007, I caused to be served a true and correct copy of the foregoing document on the following counsel of record pursuant to ECF as to Filing Users and by Federal Express, postage prepaid, pursuant to Local Rule 5.5 as to any party who is not a Filing User or represented by a filing user:

**SERVICE LIST**

| | |
|---|---|
| Elizabeth J. Cabraser, Esq.<br>Robert J. Nelson, Esq.<br>Morris A. Ratner, Esq.<br>Kent Klaudt, Esq.<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3399 | **LEAD COUNSEL FOR MDL-986 PLAINTIFFS**<br><br>Tel: (415) 956-1000<br>Fax: (415) 956-1008 |
| Julio Magnonn Bersani<br>Rua Thomaz Otto #128<br>Pilarzinho, Curitiba<br>Brazil<br>CEP 82100520 | **PLAINTIFF**<br>Tel: 41-963-50692 |
| Sara Gourley, Esq.<br>Tamar B. Kelber, Esq.<br>SIDLEY, AUSTIN, BROWN & WOOD<br>One South Dearborn Street<br>Chicago, Illinois 60603 | **COUNSEL FOR ARMOUR PHARMACEUTICAL COMPANY, AVENTIS BEHRING LLC**<br>Tel: (312) 853-7000<br>Fax: (312) 853-7036 |
| Rick Berkman, Esq.<br>DECHERT LLP<br>Cira Center<br>2929 Arch Street<br>Philadelphia, PA 19104-2857 | **COUNSEL FOR BAXTER HEALTHCARE CORPORATION**<br>Tel: (215) 994-4000<br>Fax: (215) 655-2684<br>Other fax: 994-2222 |
| Kevin J. Stack, Esq.<br>KNAPP PETERSEN & CLARKE<br>500 North Brand Blvd., 20th Floor<br>Glendale, California 91203-1904 | **COUNSEL FOR ALPHA THERAPEUTIC CORPORATION**<br>Tel: (818) 547-5000<br>Fax: (818) 547-5329 |

/s/Geoffrey Smith
Geoffrey Smith