**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                              General Court Number
Clerk                                                          415.522.2000

November 20, 2007

United States District Court
for the Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, IL 60604

RE: CV 07-03760 MHP  JULIANO MAGNONN BERSANI-v-BAYER CORPORATION
      MDL No. 986 In re: "Factor VIII or IX Concentrate Blood Products" Products Liability
      Litigation **(C07-6268)**

Dear Clerk,

        Pursuant to an order transferring the above captioned case to your court, transmitted herewith

are:

        ☒        Certified copy of docket entries.

        ☒        Certified copy of Transferral Order.

        ☒        Original case file documents.

        ☒        Please access the electronic case file for additional pleadings you may need.  See

                 the attached instructions for details.

        Please acknowledge receipt of the above documents on the attached copy of this letter.

                        Sincerely,
                        RICHARD W. WIEKING, Clerk

                        _Gina Agustine_

                        by:  Gina Agustine-Rivas
                        Case Systems Administrator

Enclosures
Copies to counsel of record